IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEMEX, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2009.**

    The Court **withdraws** its recommendation issued August 13, 2009 [docket #59] and, for good cause shown, **grants** the Renewed Joint Motion to Modify the Scheduling Order [filed August 4, 2009; docket #55].  The Amended Scheduling Order at Docket #59-2 is entered contemporaneously with this minute order.