IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CEMEX, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2009.**

      The Joint Motion for Entry of Stipulation and Order of Confidentiality [filed October 14, 2009; docket #76] is **granted**.  The Stipulated Agreement and Confidentiality Order Regarding Settlement Negotiations is accepted and entered contemporaneously with this minute order.