IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CEMEX INC.,

      Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER FIRST AMENDED COMPLAINT**

Defendant CEMEX Inc. ("CEMEX"), through its attorneys, respectfully submits this unopposed motion for a sixteen (16) day extension of time, through April 30, 2010, for CEMEX to answer Plaintiff's First Amended Complaint following the Court's recent ruling on CEMEX's Motion to Dismiss. In support of this motion, CEMEX states as follows:

**D.C.COLO.LCivR 7.1(A) CERTIFICATION**

1. Counsel for CEMEX and counsel for Plaintiff conferred on April 30, 2010, pursuant to D.C.COLO.LCivR 7.1(A). Counsel for Plaintiff does not oppose this motion and request for an extension of time.

2. Undersigned counsel for CEMEX certifies that it has complied with D.C.COLO.LCivR 6.1(E).

3. Plaintiff filed its First Amended Complaint on March 11, 2009.

4. CEMEX filed a Motion to Dismiss pursuant to Fed. R. Civ. P 12(b)(6) (Dkt. No. 19), a Memorandum in Support of the Motion to Dismiss (Dkt. No. 20), and an Answer to Plaintiff's First Amended Complaint (Dkt. No. 17) on March 30, 2009. CEMEX's Answer provided a general denial of any allegations that were not specifically admitted, specific answers to claims three and four, and a notification to the Court that CEMEX had moved to dismiss the first and second claims for relief.

5. The Court denied CEMEX's Motion to Dismiss on March 31, 2010.

6. On October 26, 2009, the Court stayed all discovery in this matter in light of ongoing settlement negotiations. (Dkt. No. 80). On April 6, 2010, the Court continued the stay of all discovery through the upcoming May 21, 2010 settlement conference. (Dkt. No. 92).

7. Pursuant to F.R.C.P. 12(a)(1)(C)(4)(A), CEMEX had through April 14, 2010 in which to answer the First Amended Complaint or otherwise plead.

8. Due to the current stay of all discovery and case management deadlines in this case, the ongoing settlement negotiations, and CEMEX's internal deliberations regarding the denial of its Motion to Dismiss, CEMEX inadvertently did not file an amended answer with respect to the first and second claims by April 14, 2010.

9. Pursuant to F.R.C.P. 6(b)(1)(B), the Court should grant this motion in the interests of justice because: (1) there is a substantial danger of prejudice to the movant (CEMEX) if the motion is not granted, (2) the length of delay is minimal, and (3) due to the stay in discovery there will be no impact on the current judicial proceedings. *See Wolverton v. Bullock*, 95-4173-SAC, 1996 WL 254649 (D. Kan. Apr. 10, 1996) (in determining what is "excusable" delay, the court considers all relevant circumstances including the danger of prejudice to the movant, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, and whether the movant acted in good faith).

10. Defendant does not seek this extension for purposes of delay. Plaintiff has been and is well aware of CEMEX's position regarding claims one and two and therefore is not prejudiced by the delay.

11. CEMEX is simultaneously filing with this unopposed motion an amended answer, attached as Exhibit A, with specific responses to the first and second claims for relief.

12. For the Court's convenience, a proposed order granting this relief is filed along with this motion.

**WHEREFORE**, Defendant CEMEX Inc. respectfully requests that the Court allow it a sixteen (16) day extension of time, through April 30, 2010, to answer more specifically the first and second claims for relief in Plaintiff's First Amended Complaint.

Dated: April 30, 2010                    Respectfully submitted,


                                         */s/ Christina J. Valerio*

                                         Chet M. Thompson
                                         Crowell & Moring LLP
                                         1001 Pennsylvania Ave., NW
                                         Washington, DC  20004
                                         Telephone:  (202) 624-2655
                                         Facsimile:  (202) 628-5116
                                         E-mail:  cthompson@crowell.com

                                         Hugh Q. Gottschalk
                                         Christina J. Valerio
                                         Wheeler Trigg O'Donnell LLP
                                         1801 California St., Suite 3600
                                         Denver, CO 80202
                                         Telephone: (303) 244-1800
                                         Facsimile: (303) 244-1879
                                         E-mail: valerio@wtotrial.com

                                         Attorneys for Defendant CEMEX, Inc.

## CERTIFICATE OF SERVICE CM/ECF

I hereby certify that on April 30, 2010, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James D. Freeman**
  james.freeman2@usdoj.gov

- **John N. Moscato**
  John.Moscato@usdoj.gov,corrine.lill@usdoj.gov

- **Chet M. Thompson**
  cthompson@crowell.com

- **Richard E. Schwartz**
  rschwartz@crowell.com

- **Derek A. Hahn**
  dhahn@crowell.com,csolorio@crowell.com

- **Christina J. Valerio**
  valerio@wtotrial.com,wheatley@wtotrial.com

- **Hugh Q. Gottschalk**
  gottschalk@wtotrial.com,hart@wtotrial.com,gottesfeld@wtotrial.com

*/s/ Christina J. Valerio by Paula Hagar*