IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00019-MSK-MEH | Date: June 28, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| USA, | John N. Moscato |
| | James D. Freeman |
| Plaintiff, | Linda Kato |
| v. | |
| CEMEX, INC., | Chet M. Thompson |
| | (by phone) |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC SCHEDULING AND STATUS CONFERENCE**

**Court in session:** 1:38 p.m.

Court calls case. Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Fact Discovery Deadline:** November 17, 2010

**Dispositive Motion Deadline:** June 1, 2011

**Plaintiff's Rule 26(a)(2) Disclosures:** November 30, 2010
**Defendant's Rule 26(a)(2) Disclosures:** February 8, 2011

**Expert Discovery Deadline:** June 1, 2011

**ORDERED:** The Joint Motion to Revise Amended Scheduling Order (Doc. #98, filed 6/21/10) is GRANTED, to the extent that the new deadlines are entered on the record today.

Discussion regarding setting a Settlement Conference.

2:09 p.m.   Off the record to discuss settlement issues.
2:11 p.m.   On the record.

**Court in recess:** 2:13 p.m. (Hearing concluded)
**Total time in court:** 0:33