IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEMEX, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2010.**

    For good cause shown, the Joint Motion to Revise Scheduling Order [filed October 18, 2010; docket #111] is **granted** as follows:

    Fact discovery cut-off extended up to and including **December 17, 2010**;
    Plaintiff's Rule 26(a)(2) disclosures due on or before **January 31, 2011**;
    Defendant's Rule 26(a)(2) disclosures due on or before **April 11, 2011**;
    Expert discovery cut-off extended up to and including **July 1, 2011**; and
    Dispositive motions deadline extended up to and including **July 1, 2011**.

    Should the parties decide that a continued Court-facilitated settlement conference would be useful, the parties may conference together and call Chambers at (303) 844-4507 to discuss available dates.