IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CEMEX, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2011.**

      For good cause shown, Plaintiff United States of America's Uncontested Motion for Leave to Complete Certain Discovery and to Modify Scheduling Order [filed December 30, 2010; docket #116] is **granted** as follows:

      Plaintiff's Rule 26(a)(2) disclosures due on or before **March 1, 2011**;
      Defendant's Rule 26(a)(2) disclosures due on or before **May 10, 2011**;
      Expert discovery cut-off extended up to and including **July 30, 2011**; and
      Dispositive motions deadline extended up to and including **July 30, 2011**.

      The parties may complete the Rule 30(b)(6) depositions of Emilio Llamozas and Boulder County. Absent an exceptional showing of cause, the Court will likely decline to entertain any further requests for extensions of time, in consideration of the age of this matter.

      Should the parties decide that a continued Court-facilitated settlement conference would be useful, the parties may conference together and call Chambers at (303) 844-4507 to discuss available dates.

      Pending before the Court is Plaintiff's Motion for Leave to Take the Deposition of Royce Smith and for Expedited Briefing Schedule [filed December 30, 2010; docket #120]. Defendant shall respond to this motion on or before **January 17, 2011**. Plaintiff may reply within *seven days* of Defendant's response.