IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CEMEX, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 25, 2011.**

      For exceptional cause shown, Plaintiff United States of America's Unopposed Motion for Leave to Serve Rebuttal Expert Disclosures and to Modify Scheduling Order[1] [filed May 23, 2011; docket #131] is **granted** as follows:

      Plaintiff's rebuttal expert disclosures due on or before **June 24, 2011**;
      Expert discovery cut-off extended up to and including **August 15, 2011**; and
      Dispositive motions deadline extended up to and including **August 29, 2011**.

      Please note that the Court will likely decline to entertain any further requests for extensions of time, in consideration of the age of this matter.

---

[1] Plaintiff is reminded of its obligation to comply with D.C. Colo. LCivR 7.1C, which states in pertinent part, "a motion ... shall ... be supported by a recitation of legal authority incorporated into the motion." The Plaintiff need not file a separate brief in support of a motion pursuant to Rule 7.1C.