IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CEMEX, INC.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2011.**

       Defendant's Motion for a Temporary Stay of Expert Discovery and the Dispositive Motion Deadline Pending Resolution of CEMEX's Motion to Strike Plaintiff's Expert Rebuttal Disclosures [filed July 14, 2011; docket #139] is **denied**.  If, after the adjudication of Defendant's motion to strike, the Court determines that additional expert discovery is necessary, or expert discovery already conducted was unnecessary, the Court will employ remedial measures (cost shifting, etc.) to alleviate any prejudice caused.