IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00019-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CEMEX, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2011.**

      Defendant's Motion for Leave to Resume the Deposition of Peter Westlin Beyond the Close of Expert Discovery [filed August 7, 2011; docket #148] is **granted**. The request is unopposed. The expert discovery deadline is extended up to and including **August 31, 2011**, for the sole purpose of completing Mr. Westlin's deposition.