# EXHIBIT 10

**DRAFT**
**OCTOBER 1990**

# New Source Review Workshop Manual

## Prevention of Significant Deterioration and Nonattainment Area Permitting

**D R A F T**
**OCTOBER 1990**

creditable emissions increase or decrease involves determining old and new actual annual emissions levels for each affected emission unit.

The following basic criteria should be used when quantifying the increase or decrease:

- For proposed new or modified units which have not begun normal operations, the potential to emit must be used to determine the <u>increase</u> from the units.

- For an existing unit, actual emissions just prior to either a physical or operational change are based on the lower of the actual or allowable emissions levels. This "old" emissions level equals the average rate (in tons per year) at which the unit actually emitted the pollutant during the 2-year period just prior to the change which resulted in the emissions increase. These emissions are calculated using the <u>actual</u> hours of operation, capacity, fuel combusted and other parameters which affected the unit's emissions over the 2-year averaging period. In certain limited circumstances, where sufficient representative operating data do not exist to determine historic actual emissions and the reviewing agency has reason to believe that the source is operating at or near its allowable emissions level, the reviewing agency may presume that source-specific allowable emissions [or a fraction thereof] are equivalent to (and therefore are used in place of) actual emissions at the unit. For determining the difference in emissions from the change at the unit, emissions after the change are the potential to emit from the units.

- A source cannot receive emission reduction credit for reducing any portion of actual emissions which resulted because the source was operating out of compliance.

- An emissions decrease cannot be credited from a unit that has not been constructed or operated.

*Examples of how to apply these creditability criteria for prospective emissions reductions is shown in Figure A-1. As shown in Case I of Figure A-1, the potential to emit for an existing emissions unit (which is based on the existing allowable emission rate) is greater than the actual emissions, which are based on actual operating data (e.g., type and amount of fuel combusted at the unit) for the past 2 years. The source proposes to switch to a lower sulfur fuel. The amount of the reduction in this case is the difference between the actual emissions and the revised allowable emissions. (Recall that*

A. 41