# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO. 09-cv-00019-MSK-MEH**

**UNITED STATES OF AMERICA, )**
**)**
**Plaintiffs, )**
**)**
**v. )**
**)**
**CEMEX, INC., )**
**)**
**Defendant. )**

**The deposition upon oral examination of KEITH A. BAUGHES, P.E., a witness produced and sworn before me, Jodie Franzen, RPR, CSR, and Notary Public in and for the County of Hamilton, taken on behalf of the plaintiff at 10 West Market Street; Suite 2200; Indianapolis, Indiana on the 30th day of July, 2010 at the hour of 9:05 a.m. pursuant to the applicable rules of procedure and with notice thereof.**

**FRANZEN & ROBERTS REPORTING, INC.**
**2990 MARKET TOWER**
**10 WEST MARKET STREET**
**INDIANAPOLIS, INDIANA 46204**
**(317) 636-3808**
**www.frreporting.com**

discussion?

A. No, I do not.

Q. Okay.

A. A lot of times his discussions would have been with my president, Bill Monnett, and not with myself.

THE REPORTER: Okay to take a two-minute break?

MR. MOSCATO: You bet.

(A recess was taken from 10:50 a.m. to 10:54 a.m., and Exhibit No. 44 was marked for identification.)

Q. Can you identify this document?

A. This is a letter that I wrote to John Lohr.

Q. Okay. Now, this letter does not -- if you look at the next page -- appear to be signed. Do you recall whether or not this letter was signed and sent to John Lohr?

A. I don't believe it was. I believe it was probably hand delivered to him at a meeting. It was not sent, I don't believe.

Q. And this is dated one day after March --

after Exhibit 43?

A. That's correct.

Q. Is this a more refined version of the information that you presented in Exhibit 43?

A. It was just a typed-up version. Yes.

Q. And there you -- on frame 38873 -- observe "As noted in Table 1, the NOx emission increase is 368 tons per year compared with a limit of 40 tons per year." Is that correct?

A. That's correct.

Q. And that was your conclusion?

A. Yes.

Q. And that is a significant increase in terms of PSD?

A. Yes.

Q. That would have been -- that increase would have warranted seeking a PSD permit?

A. Yes.

Q. And applying best available control technology?

A. Correct.

Q. Now, again, this was based on a -- this

Gary Parish has proposed a meeting in Lyons next Wednesday to go over calculations

March 12, 1998

Mr. John Lohr
Southdown
5134 Ute Highway
Lyons, CO 80540

RE: Kiln and Dryer Emission Estimates: MMA Project Number 786-98

Dear Mr. Lohr:

This memo estimates emission increases for the kiln and dryer. These pose special problems because we do not have any sources to use as emission offsets for SO2, NOx, CO, VOC or lead.

Kiln Emissions

Emission estimates for 1996 and 1997 of SO2, NOx, VOC and CO were based on CEM data. Emission rates for TSP, PM-10 and lead were based on annual feed to the kiln times emission factors of 0.3, 0.1 and 0.001 lb/T, respectively. Table 1 shows the annual emission rates. The 1996 and 1997 values have been averaged to obtain the baseline, also shown in Table 1.

Future emission rates for the kiln are based on average emission factors developed from the 1997 CEM data (see Table 2). For example, the NOx emission factor is 4.31 lb/T. This was multiplied by 990,157 tons of feed (equivalent to 575,000 tons of clinker) to obtain an emission estimate. The future emission rates are shown in Table 1.

The baseline emission rates have been subtracted from the future rates to determine the emission increases shown in Table 1.

Dryer Emissions

Emissions estimates for 1996 and 1997 are based on emission factors and feed to the dryer. Table 1 contains the 1996 and 1997 actual emission rates. The 1996 and 1997 emission rates were averaged to obtain a baseline emission rate which is shown in Table 1. Future emission rates were based upon the same emission factors and a throughput of 1,050,000 tons per year. The projected emission rates are also shown in in Table 1. The baseline emission rates were subtracted from the projected values to determine the potential emission increases.

Impact

At the bottom of Table 1 the total emission increases from these




CMXLYO00038872

CMXLYO00038872

two sources are compared to the significance levels. Emission increases from all sources must remain below these significance levels or New Source Review (NSR) or Prevention of Significant Deterioration (PSD) rules come into effect. These rules take years to obtain permit revisions, if at all.

As noted in Table 1, the NOx emission increase is 368 tons per year compared with a limit of 40 tons per year. This poses the largest single impediment for repermitting this facility. The SO2 emission increase is 101 tons per year while the limit is 40 tons per year. While TSP and PM-10 emission increases also exceed their respective limits, emission offsets from other sources will reduce these increases to acceptable.

We need to discuss what can be done to reduce the potential emission increases for NOx and SO2 if we are to proceed with repermitting this facility.

Sincerely,

Keith Baugues
Senior Environmental Engineer

CMXLYO00038873

TABLE 1

| Kiln (TPY) | NOx | SO2 | VOC | CO | TSP | PM-10 | Pb |
|---|---|---|---|---|---|---|---|
| 1996 | 1836.5 | 169.2 | 2.6 | 29.4 | 113.2 | 37.7 | 0.423 |
| 1997 | 1701.4 | 237.7 | 2.0 | 51.6 | 118.5 | 39.5 | 0.441 |
| AVG | 1769.0 | 203.5 | 2.3 | 40.5 | 115.9 | 38.6 | 0.432 |
| Future | 2134.0 | 297.0 | 2.5 | 64.4 | 148.5 | 49.5 | 0.495 |
| Increase | 365.0 | 93.5 | 0.2 | 23.9 | 32.6 | 10.9 | 0.063 |

| Dryer (TPY) | NOx | SO2 | VOC | CO | TSP | PM-10 | Pb |
|---|---|---|---|---|---|---|---|
| 1996 | 12.16 | 28.37 | 129.67 | 50.65 | 20.26 | 20.26 | 0.41 |
| 1997 | 12.58 | 29.35 | 134.19 | 54.51 | 20.97 | 20.97 | 0.42 |
| AVG | 12.37 | 28.86 | 131.93 | 52.58 | 20.62 | 20.62 | 0.415 |
| Future | 15.75 | 36.75 | 168.0 | 68.25 | 26.25 | 26.25 | 0.525 |
| Increase | 3.38 | 7.89 | 36.07 | 15.67 | 5.63 | 5.63 | 0.11 |

| | NOx | SO2 | VOC | CO | TSP | PM-10 | Pb |
|---|---|---|---|---|---|---|---|
| TOTAL Increase | 368.38 | 101.39 | 36.27 | 39.57 | 38.23 | 16.53 | 0.173 |
| Significance Levels | 40 | 40 | 40 | 100 | 25 | 15 | 0.6 |

CMXLYO00038874

TABLE 2

KILN

| MONTH | YEAR | HOURS | FEED (T) | NOX (T) | SO2 (T) | VOC (T) | CO (T) | NOX lb/T | SO2 lb/T | VOC lb/T | CO lb/T | NOX lb/hr | SO2 lb/hr | VOC lb/hr | CO lb/hr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | 1996 | 707 | 66323 | 165.4 | 19.8 | 0 | 2.8 | 4.99 | 0.60 | 0.00 | 0.08 | 467.9 | 56.0 | 0.00 | 7.92 |
| FEB | 1996 | 678 | 63047 | 160.7 | 6.8 | 0 | 2.7 | 5.10 | 0.22 | 0.00 | 0.09 | 474.0 | 20.1 | 0.00 | 7.96 |
| MAR | 1996 | 164.5 | 15072 | 3.7 | 0.3 | 0.1 | 0.2 | 0.49 | 0.04 | 0.01 | 0.03 | 45.0 | 3.6 | 1.22 | 2.43 |
| APR | 1996 | 697.5 | 66996 | 114.7 | 11.5 | 0.3 | 2.8 | 3.42 | 0.34 | 0.01 | 0.08 | 328.9 | 33.0 | 0.86 | 8.03 |
| MAY | 1996 | 714.5 | 67323 | 170.1 | 11.8 | 0.4 | 3.2 | 5.05 | 0.35 | 0.01 | 0.10 | 476.1 | 33.0 | 1.12 | 8.96 |
| JUN | 1996 | 698 | 65730 | 160.9 | 15 | 0.3 | 2.1 | 4.90 | 0.46 | 0.01 | 0.06 | 461.0 | 43.0 | 0.86 | 6.02 |
| JUL | 1996 | 739.5 | 71240 | 181.9 | 11.8 | 0.4 | 2.2 | 5.11 | 0.33 | 0.01 | 0.06 | 492.0 | 31.9 | 1.08 | 5.95 |
| AUG | 1996 | 741.5 | 70011 | 171.7 | 13.7 | 0 | 2.2 | 4.90 | 0.39 | 0.00 | 0.06 | 463.1 | 37.0 | 0.00 | 5.93 |
| SEPT | 1996 | 645 | 67982 | 160.6 | 13.5 | 0 | 1.6 | 4.72 | 0.40 | 0.00 | 0.05 | 498.0 | 41.9 | 0.00 | 4.96 |
| OCT | 1996 | 734 | 66825 | 185.3 | 30.8 | 0.4 | 2.6 | 5.55 | 0.92 | 0.01 | 0.08 | 504.9 | 83.9 | 1.09 | 7.08 |
| NOV | 1996 | 709.5 | 66672 | 172.4 | 17.7 | 0.4 | 3.2 | 5.17 | 0.53 | 0.01 | 0.10 | 486.0 | 49.9 | 1.13 | 9.02 |
| DEC | 1996 | 740 | 67183 | 189.1 | 16.3 | 0.4 | 3.7 | 5.63 | 0.49 | 0.01 | 0.11 | 511.1 | 44.1 | 1.08 | 10.00 |
| TOTAL | 1996 | 7969 | 754404 | 1836.5 | 169 | 2.7 | 29.3 | | | | | | | | |
| AVG | 1996 | 664.1 | 62867 | 153.0 | 14.1 | 0.23 | 2.44 | 4.87 | 0.45 | 0.01 | 0.08 | 460.9 | 42.4 | 0.68 | 7.35 |
| JAN | 1997 | 724 | 67177 | 182.3 | 13.1 | 0 | 3.6 | 5.43 | 0.39 | 0.00 | 0.11 | 503.6 | 36.2 | 0.00 | 9.94 |
| FEB | 1997 | 664.5 | 67174 | 178.2 | 10.7 | 0 | 3 | 5.31 | 0.32 | 0.00 | 0.09 | 536.3 | 32.2 | 0.00 | 9.03 |
| MAR | 1997 | 456 | 43391 | 97.4 | 12.8 | 0 | 3.1 | 4.49 | 0.59 | 0.00 | 0.14 | 427.2 | 56.1 | 0.00 | 13.60 |
| APR | 1997 | 443 | 46998 | 73.8 | 5.3 | 0.1 | 4.6 | 3.14 | 0.23 | 0.00 | 0.20 | 333.2 | 23.9 | 0.45 | 20.77 |
| MAY | 1997 | 717.5 | 77733 | 141.5 | 19.7 | 0.1 | 5.2 | 3.64 | 0.51 | 0.00 | 0.13 | 394.4 | 54.9 | 0.28 | 14.49 |
| JUN | 1997 | 685.2 | 82750 | 126.5 | 19.2 | 0.3 | 4.4 | 3.06 | 0.46 | 0.01 | 0.11 | 369.2 | 56.0 | 0.88 | 12.84 |
| JUL | 1997 | 603 | 63388 | 108.3 | 23.8 | 0.3 | 4.4 | 3.42 | 0.75 | 0.01 | 0.14 | 359.2 | 78.9 | 1.00 | 14.59 |
| AUG | 1997 | 633 | 67808 | 151.2 | 17.7 | 0.3 | 5.2 | 4.46 | 0.52 | 0.01 | 0.15 | 477.7 | 55.9 | 0.95 | 16.43 |
| SEPT | 1997 | 600 | 70634 | 160.2 | 20.6 | 0.2 | 3.7 | 4.54 | 0.58 | 0.01 | 0.10 | 534.0 | 68.7 | 0.67 | 12.33 |
| OCT | 1997 | 741 | 70867 | 156 | 18.6 | 0.1 | 5 | 4.40 | 0.52 | 0.00 | 0.14 | 421.1 | 50.2 | 0.27 | 13.50 |
| NOV | 1997 | 613 | 62445 | 147.1 | 30.1 | 0.2 | 3.3 | 4.71 | 0.96 | 0.01 | 0.11 | 479.9 | 98.2 | 0.65 | 10.77 |
| DEC | 1997 | 738.5 | 69512 | 178.9 | 46.1 | 0.4 | 6.1 | 5.15 | 1.33 | 0.01 | 0.18 | 484.5 | 124.8 | 1.08 | 16.52 |
| TOTAL | 1997 | 7618.7 | 789877 | 1701.4 | 237.7 | 2 | 51.6 | | | | | | | | |
| AVG | 1997 | 634.9 | 65823.1 | 141.8 | 19.8 | 0.17 | 4.3 | 4.31 | 0.60 | 0.005 | 0.13 | 446.6 | 62.4 | 0.53 | 13.55 |

CMXLYO00038875