# EXHIBIT 14

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 09-cv-00019-MSK-MEH


UNITED STATES OF AMERICA,

     Plaintiff,

v.

CEMEX, INC.,

     Defendant.
_____


DEPOSITION

OF

JOHN LOHR

Taken on behalf of the Plaintiff.


DATE TAKEN:     October 11, 2010

TIME:     8:50 a.m. - 6:00 p.m.

PLACE:     Omni Hotel
               245 Water Street
               St. Augustine Room
               Jacksonville, FL 32202


Examination of the witness taken before:

Dena Miller,
Certified Court Reporters
One Independent Drive, Suite 3210
Jacksonville, FL 32202
- - -

27

1    capacity of the pyroprocessing system?

2         A    It is -- how would you say it?  It's like, if

3    you're gonna buy an automobile, and it says it's so many

4    horsepower, well, that's when it's all tuned up and

5    everything's perfect, or whatever, or you have a

6    standard methodology for establishing that.  That's all

7    I was trying to reflect here, is, with some sort of

8    standard methodology, what could you expect, in terms of

9    the capacity of this pyro-process system.

10             Does that --

11        Q    I understand.  Thank you.

12             Going back to Exhibit 201 and traveling

13   further to the right, there is a project impact, and

14   that -- is that an estimate of the improvement that you

15   attributed to the project?

16        A    Yes.  I believe -- I believe that is merely

17   the percent difference between 50 and 52.9.  That would

18   have been -- that would have been -- and the way I

19   typically generate a spreadsheet, that would have been a

20   formula calculation based on that tons per hour.

21        Q    Was this -- is there a spreadsheet that

22   underlies this document?

23        A    No.  This is a spreadsheet.

24        Q    This is a spreadsheet.  Okay.

25             And how did you calculate the percent of the

28

1    project impact?

2         A    Well, again, I didn't estimate the percent.  I

3    estimated the tons per hour and calculated the percent.

4         Q    Okay.  Now, for the combustion chamber

5    modification, that was completed in 1997; correct?

6         A    I believe that's -- I mean, that's what I have

7    here.  I believe that's correct.

8         Q    And so this is retrospective?

9         A    Uh-huh.

10        Q    So you actually had available actual

11   production numbers and so forth?

12        A    Correct.

13        Q    And so --

14        A    With all the vagaries that go with those

15   production numbers, which I explained earlier.

16        Q    Right.  Well, let's look specifically at the

17   combustion chamber modification.  This document seems to

18   suggest that it improved clinker production by

19   5.8 percent?

20        A    That was certainly our best estimate, my best

21   estimate at the time.

22        Q    Sitting here today, do you have reason to

23   believe that this number should be a different number?

24        A    No.  I think that is reasonably representative

25   of what we believe that modification did.

36

1    project that was implemented?

2        A     Yes.

3        Q     Okay.

4        A     And recognize that was a solution for point in

5    time, because six months or a year later, one would need

6    to go back and repeat that work.  Because, again --

7        Q     To adjust the mix?

8        A     Again, the chemistry continually changes as

9    you move through these formations.

10       Q     Okay.  The Oxygen Enrichment VSA Plant, that

11   project was -- well, let me finish off with the raw mix

12   modification.

13            The 6 percent estimation of the project

14   impact, again, is that a reliable estimate?

15       A     I'm sorry.  On the raw mix you're saying?

16       Q     Yes, sir.

17       A     Again, I would have to say yes.  I am an

18   analytical-type person; however, I did put this together

19   quickly.  They were approximations, and they were based

20   on annual reports.

21       Q     Okay.  Are you aware -- well, I'll save that

22   for the end.

23            The Oxygen Enrichment Plant was a project that

24   was fully implemented?

25       A     Yes, the single oxygen plant.

37

1       Q     And that project was in place and operational

2   from '99 to sometime in 2006?

3       A     I believe that's approximate timing, and I

4   don't know the histories -- I mean, I left the plant in,

5   I think it was, 2006, and I frankly don't know when it's

6   run or when it has not since I left the plant.

7       Q     Okay.  And, again, the 5.9 percent estimate --

8       A     That's best guess.

9       Q     Best guess.  Okay.

10            Steel Slag Injection on Feed Shelf at 30 Tons

11  a Day, was that a project that was implemented?

12      A     Yes, it was, but it was aborted, I think,

13  within a year.  We were -- we had become aware of a

14  change that TXI, I believe, came up with.  They

15  experimented with this in their Texas facilities, made a

16  report at the IEEE cement conference, and some of our

17  management liked the concept or wanted to test the

18  concept.  We were asked to do that.

19            And the company at that point, Southdown, was

20  challenged on patent infringement, I think, later that

21  year because they had tested it in several of their

22  locations, and we were asked to cease and desist.

23      Q     Okay.

24      A     Our plant counselor, excuse me, the Southdown

25  counsel had negotiated some sort of agreement, and

39

1    later and go in and inspect things, you find all this

2    steel slag in your raw mill that simply isn't grinding,

3    isn't going anywhere.

4         Q    Okay.  The Annulus Boost Fan Kiln Combustion

5    Project, was that, in fact, completed?

6         A    It was completed.

7         Q    And, again, the 2.9 percent was your best

8    estimate at the time?

9         A    Best estimate, yes.

10        Q    And at the time this document was written, was

11   that annulus boost fan in place?  In other words, had

12   this change been made?

13        A    I believe that it was.  I can't say with

14   certainty it is, but I believe it was.

15        Q    Now, have you either -- have you at any time

16   come in possession of information that would contradict

17   the estimates that we've just reviewed?

18        A    Again, I can't say with certainty.  What I can

19   tell you is these were estimates, as I sat at my

20   computer, trying to put together a piece to share with

21   visitors, so -- and these are best estimates at that --

22   for that hour at that point in time.

23        Q    I appreciate that.  What I was asking is,

24   afterwards, did you come into possession of information

25   that would tell you --

45

1    lose a week waiting for your contractors to show up who

2    are supposed to be there on the 20th of March, if that

3    makes sense.  A couple of reasons why I put this

4    calendar together.

5              (Exhibit No. 203 was marked for

6         identification.)

7    BY MR. MOSCATO:

8         Q      And I'm handing you exhibit marked

9    Exhibit 203.  Up on the left-hand corner:  Combustion

10   Chamber Modification Spring 1997; identified at the

11   bottom right USPROD01-033865.

12             Does this document depict the modification

13   that was made to the Lyons facility?

14        A      It looks pretty close.  I think there were

15   several different sketches and versions, but this looks

16   directionally correct, yes.

17        Q      Can you describe the modification for me?

18        A      The modification was to add or -- add

19   refractory on the inside wall.  And we had had some

20   process challenges and process issues with this

21   calciner.  It was one of the first calciners designed or

22   installed, and the retention time in this particular

23   vessel was not long enough, with its original design, to

24   mix and burn the fuel with the combustion air.

25             We had done all sorts of different things.  We

49

1    tower, which is the next step down the process.

2         Q    Would that be referred to as overburn?

3         A    It is -- that is exactly what it is.  It's

4    overburn.

5         Q    So the modification, then, was to change the

6    aerodynamics within the chamber?

7         A    Change the aerodynamics to thoroughly mix the

8    fuel and combustion air in the vessel so you would have

9    combustion.  The FCT theory that we were working under

10   was in the temperature in the environment that you're in

11   here.  Once they are combined, once they are mixed, they

12   are burned.

13        Q    Okay.  Did the modification to the calciner

14   reduce the level of CO in the calciner?

15        A    Not in the calciner, but what we could measure

16   CO going up the stack.  I don't know in the calciner.

17   We had no direct measurement in the calciner.

18        Q    Is there generally an inverse relationship

19   between CO and NOx?  In other words, if CO goes up, NOx

20   goes down; if CO goes down, NOx goes up?

21        A    It depends on what process a person is looking

22   at.  That is true in some situations.  It is not true in

23   all situations.

24        Q    With respect to this project, what did you --

25        A    I don't believe that that holds true in the

53

1       A       It was -- I would say it was probably a

2   two-year process from the time that these folks made

3   their presentation in the plant for the first time to

4   the time that we were modifying the calciner.

5       Q       Okay.  So what I'm trying to get a feel for is

6   whether anyone said, okay, we've got a plan to modify

7   the calciner, we're going to do this oxygen enrichment,

8   how do they fit together?

9       A       No.  There's absolutely no linkage.  The only

10  linkage was the fact that our vice president of research

11  brought both ideas to us.  That was the only linkage.

12      Q       After the modification to the calciner, did

13  the calciner have the potential to burn more fuel?

14      A       More fuel, no.  It merely combusted the

15  material we were already putting in all in one place.

16      Q       Okay.  So there was no increase in fuel

17  consumption, at least at the calciner, after this

18  project?

19      A       In terms of we weren't putting any more BTUs

20  in the system.  We were merely making more effective use

21  of the BTUs that went in.

22      Q       After the modification did the calciner have

23  the potential to process more raw feed?

24      A       Yes.

25      Q       Okay.

140

 1                Any test that's ever run, there's always

 2      error.  These look like they would fall within the level

 3      of error.

 4          Q    So if you were introducing more raw material

 5      into the process, you didn't anticipate that there would

 6      be more particulate matter emitted from the process?

 7          A    No, because the ID fan is the limitation, in

 8      terms of pressures and movement of gas through the

 9      system, whether you're going to transport any dust.

10      That did not change.

11          Q    Well, it changed in '97; didn't it?

12          A    It changed somewhat in '97.

13          Q    Okay.  Was there more dust going into the

14      baghouses after the change to the ID fan?

15          A    I have no information one way or the other.

16          Q    Was there more dust going into the baghouses

17      as a result of the use of oxygen enrichment?

18          A    Not that I'm aware of.

19          Q    Let's look at Exhibit 214, and let's look on

20      the second page, up at the top:  The kiln has been our

21      bottleneck for most of the plant's history.

22                Do you see that sentence?

23          A    Yes.

24          Q    What is bottleneck?

25          A    Bottleneck, to me, is something that will

141

1    limit or has the potential to limit our production, and

2    I believe that that particular term is used in EPA

3    regulations.  I am not well versed in those regulations.

4    I am addressing that as a traditional production person

5    would address it:  This is what keeps me from doing

6    more.

7         Q    Okay.  And this thing continues:  The

8    improvements in kiln operation -- second bullet:  The

9    improvements in kiln operation in 1997 reversed that

10   situation.

11             Is that your opinion?

12        A    Yes.

13        Q    Is that -- and that's your opinion today, as

14   we speak?

15        A    Yeah.  It's an editorializing or a

16   generalization, but, in fact, we had significant excess

17   capacity in those systems earlier, and as we pushed the

18   kiln production up, those systems became tighter and

19   tighter.  So had to improve our uptime on those and the

20   reliability.

21        Q    Now, you've referred to "those systems".  The

22   systems that you're referring to, is that the raw feed

23   production and the finish mill capacity?

24        A    It is both.

25        Q    Both of them.

5-17-00

## Lyons Clinker Production History

| | | Tons/Hour | Tons/Day | Tons/Yr 90% Eff | Project Impact Tons/Hour | % | Capital Cost $000 | Implementation Year |
|---|---|---|---|---|---|---|---|---|
| | Kiln Base | 50.0 | 1200 | 394,200 | | | | |
| 1 | Combustion Chamber Modification | 52.9 | 1269 | 416,867 | 2.9 | 5.8% $ | 150 | 1997 |
| 2 | ID Fan Horsepower Increase | 54.5 | 1307 | 429,350 | 1.6 | 3.0% $ | 30 | 1997 |
| 3 | Oxygen Enrichment Liquid Oxygen @ 20 t/d | 56.7 | 1361 | 447,069 | 2.3 | 4.1% $ | 30 | 1997 |
| 4 | Raw Mix Modification Fly Ash Addition CKD Return | 60.1 | 1442 | 473,697 | 3.4 | 6.0% $ | 100 | 1998 |
| 5 | Oxygen Enrichment VSA Plant S/U @ 52 t/d Elimination of Liquid | 63.6 | 1527 | 501,520 | 3.5 | 5.9% $ | 2,500 | 1999 |
| 6 | Steel Slag Injection on Feedshelf @ 30 t/d | 64.5 | 1549 | 508,847 | 0.9 | 1.4% $ | - | 1999 |
| 7 | Steel Slag Injection @ Raw Mill @ 75 t/d | 67.7 | 1625 | 533,813 | 3.2 | 4.9% $ | - | 2000 |
| 8 | Annulus Boost Fan Kiln Combustion | 69.7 | 1672 | 549,252 | 2.0 | 2.9% $ | 100 | 2000 |
| | Future Projects | 72.3 | 1735 | 569,948 | 2.6 | 3.8% $ | 500 | 2001 |
| | Total Project Impact | 22.3 | 535 | 175,748 | 22.3 | 44.6% $ | 3,410 | |
| | Captial Cost per Incremental Ton | | | | | | $ 19.40 | 5 Years |

58.7

1.0



EXHIBIT

201

PENGAD 800-631-6989

10-11-10  Lohr

CMXLYO00045592

CMXLYO00045592

John Lohr
Lyons Cement Plant
(303) 823-2109



LYD-16
unrelated

# MEMORANDUM

**TO:** Dave Repasz and Bruce Ballinger

**FROM:** John Lohr

**DATE:** January 4, 1998

**SUBJECT:** Lyons Kiln Production and Oxygen Use

---

Andrew Jackura and I have had several conversations about his work on specifying equipment and gathering bids for the purchase and installation of an oxygen plant for Lyons. The purpose of this memo is to update you on several pertinent issues relating to the potential sizing and timing of an oxygen plant purchase and to recommend a course of action that seems appropriate from the plant's viewpoint.

## Plant Permits and Likely On-Site Production Capacity

There are three permits that must be considered when evaluating capacity increases for Lyons

- The kiln permit is limited by the average emissions from the previous two years of operation as measured by the CEM. The improvements in throughput from mid-1997 do not show any significant increase in emissions. This permit is not expected to be a problem as we push clinker production up to 550,000 tons/year.

- The dryer permit is limited on the amount of feed and fuel we can put through it. It allows up to 1,000,000 tons of material per year. At historic conversion ratios (feed : clinker) we could achieve the 545,000 ton/year clinker level. In addition, we have demonstrated improvements in CKD return that would improve the ratio to allow better than 550,000 clinker.

- The Dowe Flats permit is currently limited to about 2,100,000 tons/year moved and about 750,000 crushed and conveyed. This permit was predicated on a 440,000 ton clinker production and was preceded by relatively low production years. We have the opportunity to use the two most recent years to refigure our base emissions. Since these most recent production years were much larger than the old base, we will net a significant increase in emissions for Dowe Flats. We do not yet know exactly how much. In addition, we are allowed to claim all improvements in operations from the last 5 years. We can also complete calculations speculating on future improvements. We have already commissioned the consultant who did the original modeling to update his models based on recent data and several new assumptions. We should have a preliminary read on these results by next week.



EXHIBIT
214
10-11-10   Lohr
PENGAD 800-631-6989

CEMEX_NEIC_00008526

**Current Bottlenecks to Plant Production and Recent Developments**

- The kiln has been our bottleneck for most of the plant's history. We have had raw feed production and finish mill capacity available.

- The improvements in kiln operation in 1997 reversed that situation. With the combustion chamber improvements and the injection of liquid oxygen, the kiln began to outrun the upstream and downstream systems.

- The conversion to the Dowe Flats crusher system has resulted in smaller and more consistent rock size going to the crusher and dryer. We have been able to translate this into higher throughputs on the secondary and the dryer and smaller rock size going to the raw mill.

- The Dowe Flats high cal limestone has slightly better chemistry. We have been able to avoid the beneficiation of limestone for the last 6 months. This effectively boosts the dryer capacity by 60,000 tons per year and also reduces mining and disposal costs.

- The plant installed another compressor on the raw mill transfer system late in 1997. This change, in combination with the smaller rock going to the raw mill, has improved rates on this system by up to 12% demonstrated in January.

- As a result of the above improvements, the plant is now injecting oxygen at a peak rate of about 45 tons per day. At Lyons, each oxygen ton yields about 3 clinker tons.

  54.5 tons/hour historic kiln production rate
  60.0 tons/hour after combustion chamber work (no oxygen injection)
  62.0 tons/hour 1998 budget rate (16 tons/day oxygen injection)
  65.6 tons/hour current peak production rate with 45 t/d oxygen (517,190 potential
  @ 90% eff)

**Recommended Capacity Increase Equipment**

- In order to grind all the clinker produced we will need the high efficiency separator which is currently budgeted and approved by the Board of Directors. There are also minor improvements in the raw feed drying, raw feed transfer and clinker cooler that are necessary and would be included in this project.

- An oxygen generator is being contemplated for Lyons and funds have gained preliminary approval from the Board of Directors. The key issues on this project are the size and timing of the unit. We have been contemplating a unit capable of delivering 100 t/day of 90% oxygen. This size plant would support kiln production rates and capacity of about 71 tons/hour or about 560,000 tons/year (@90%). This would be a good match for anticipated finish mill capacity after the high efficiency separator is installed and would be expected to be in line with current or anticipated permit conditions.

- One of the bidders has proposed 2 each 50 ton units to provide the requested 100 t/day. This has real appeal to Lyons. There would be considerable ability to ramp up or down to match then current kiln conditions without significant penalties in power or efficiency. In the event of a market shift, one unit could be relocated to another facility if desirable. The quoted price for two smaller units does not look to be a significant premium over a single larger plant.

CEMEX_NEIC_00008527

- It is recommended that we pursue the 2 each 50 ton/day oxygen units.  It is further recommended that we move quickly to purchase one unit now, with the option to purchase a second unit by the end of 1998 or early 1999.  This would allow us to begin realizing the savings in 1998 and not overcommit on unit size until more of the details of our capacity increase are firm.

cc
Philip Alsop
Andrew Jackura