**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                                    Date:   March 5, 2013
Court Reporter:        Terri Lindblom

Civil Action No. 09-cv-00019-MSK

*Parties*:                                                                                    *Counsel Appearing:*

UNITED STATES OF AMERICA,                                           John Moscato
                                                                                              James Freeman
            Plaintiff,                                                                    Linda Kato

v.

CEMEX, INC., a corporate parent                                         Chet Thompson
CEMEX, S.A.B. de C.V.,                                                       Richard Schwartz
                                                                                              Derek Hahn
            Defendant.                                                                  Hugh Gottschalk

---

**COURTROOM MINUTES**

---

HEARING:   Final Pretrial Conference.

**9:15 a.m.        Court in session.**

Parties are present.  Cynthia Reynolds- plaintiff; Shane Wilson- defendant.

The Court addresses the parties settlement status.

Statement from counsel Moscato, Freeman and Thompson.

**ORDER:**     On or before **April 19, 2013,** the parties will either file the settlement agreement and give notice or jointly contact the Court by telephone to obtain a bench trial date of no more than one week blocks to be spread over a period of time.  Another Final Pretrial Conference will be scheduled, if necessary.

**ORDER:**     Pending Motions (**Doc. #188, #193**) are **DENIED** with leave to renew.

Chief Judge Marcia S. Krieger
Courtroom Minutes
Page 2

**9:30 a.m.** **Court in recess.**

**Total Time: 15 minutes.**
**Hearing concluded.**